UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   NO.   03-CR-10356-MLW |
| | ) |
| FREDERICK A. SIMONE, (1) | ) |
|   a/k/a FREDDY, THE NEIGHBOR; | ) |
| VINCENT C. GIOACCHINI, (2) | ) |
|   a/k/a DEE DEE; and | ) |
| FRANCIS WHITE, (3) | ) |
|   a/k/a THE WHITE-HAIRED GUY | ) |

GOVERNMENT'S MOTION TO SEAL AFFIDAVIT OF DETECTIVE LIEUTENANT
JOHN TUTUNGIAN IN SUPPORT OF PRETRIAL DETENTION

The United States Attorney hereby respectfully moves the Court to seal the Affidavit of Detective Lieutenant John Tutungian in Support of Pretrial Detention, this motion, the Court's order on this motion, all related docket entries and any other paperwork related to this matter until the commencement of the detention hearing. As grounds for this motion, the government states that premature public disclosure of these materials might adversely effect the hearing in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Colin Owyang
Colin Owyang
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                    Boston, Massachusetts

   This is to certify that a copy of the foregoing motion was delivered by hand this 3rd day of December 2003, to counsel to record.

/s/ Colin Owyang
Colin Owyang
Assistant U.S. Attorney

12/03/03  ALEXANDER, U.S.M.J ALLOWED.