UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              )    NO. 03-CR-10356-MLW
                            )
FREDERICK A. SIMONE, (1)    )
  a/k/a FREDDY, THE NEIGHBOR; )
VINCENT C. GIOACCHINI, (2)  )
  a/k/a DEE DEE; and        )
FRANCIS WHITE, (3)          )
  a/k/a THE WHITE-HAIRED GUY )

GOVERNMENT'S MOTION TO UNSEAL AFFIDAVIT OF DETECTIVE LIEUTENANT
JOHN TUTUNGIAN IN SUPPORT OF PRETRIAL DETENTION

   The United States Attorney hereby respectfully moves the Court to unseal the Affidavit of Detective Lieutenant John Tutungian in Support of Pretrial Detention, this motion, the Court's order on this motion, all related docket entries and any other paperwork related to this matter.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
FILED                         United States Attorney
In Open Court
USDC, Mass.
Date 12/4/03            By:   _____
By: [signature]               Colin Owyang,
Deputy Clerk                  Assistant U.S. Attorney

                    CERTIFICATE OF SERVICE

Suffolk, ss.                  Boston, Massachusetts

   This is to certify that a copy of the foregoing motion was delivered by hand this 4th day of December 2003, to counsel to record.

                              _____
                              Colin Owyang
                              Assistant U.S. Attorney

12/4/03  [signature], M.J.  allowed