*As File)*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10356-MLW |
| | ) | |
| FREDERICK SIMONE | ) | |

## MOTION TO CONTINUE DETENTION HEARING AS TO DEFENDANT SIMONE

Defendant Frederick Simone moves this Court to continue his detention hearing to a date convenient to the Court on or after Monday December 15, 2003. The hearing is now scheduled for Thursday December 4, 2003 at 3:00 p.m. Defendant seeks this continuance so that counsel may prepare adequately for the detention hearing. Specifically, counsel requires the time to complete the process of gathering information and evidence necessary for the hearing. In addition, counsel has a trial scheduled to begin Monday December 8, 2003 before Judge Tauro (United States v. Morris Ware, Cr. No. 01-10295) mornings from 10-1 and afternoons from 2-4. Counsel anticipates that the trial will last at least until Thursday December 11, 2003.

CERTIFICATE OF SERVICE

I, Leo T. Sorokin, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Colin Owyang and U.S. Pretrial Services Officer Tom O'Brien by delivery on December 3, 2003.

Leo T. Sorokin

FREDERICK SIMONE
By his attorney,

FILED
In Open Court
USDC, Mass.
Date 12/4/03
By _____
Deputy Clerk

Leo T. Sorokin
  B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

12/4/03 _____, m.J. allowed.