UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 03-10356 MLW |
| V. | |
| VINCENT C. GIOACCHINI (2) <br> FRANCIS WHITE (3) <br>        Defendants | |

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for an **initial status conference** at **10:00 a.m., Wednesday, January 14, 2003,** before Magistrate Judge Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

Please note that the defendants need not be present.

                                                      HONORABLE JOYCE LONDON ALEXANDER
                                                      U.S. MAGISTRATE JUDGE
                                                      By the Court:

<u>December 11, 2003</u>                     <u>/S/ Rex Brown             </u>
Date                                       Courtroom Clerk
                                         (617) 748-9238

Notice:       Richard Egbert, Esq.
                 Robert A. George, Esq.

                 AUSA Collin Owyang, Esq.