AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FREDERICK A. SIMONE, A/K/A FREDDY, THE NEIGHBOR

## WARRANT FOR ARREST

CASE NUMBER: 03-CR- 10356- MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  FREDERICK A. SIMONE, A/K/A FREDDY, THE NEIGHBOR
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
RICO, Hobbs Act extortion, conspiracy, interstate transportation in aid of racketeering, extortionate extensions of credit, the collection of extortionate extensions of credit, money laundering, and aiding & abetting.

in violation of
Title _____18 USC_____ United States Code, Section(s) 1962, 1951, 371, 1952, 892, 894, 1956(h) & 2

Name of Issuing Officer

Signature of Issuing Officer

Supervisor
Title of Issuing Officer

11-20-2003    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY FBI |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.