UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC 12  A 10: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NO. 03-CR-10356-MLW

UNITED STATES

VS.

FREDERICK A. SIMONE,
a/k/a FREDDY, a/k/a
THE NEIGHBOR,

VINCENT C. GIOCCHINI,
a/k/a DEE DEE; and

FRANCIS WHITE, a/k/a
THE WHITE-HAIRED GUY

## NOTICE OF APPEARANCE

Now comes Kevin J. Reddington, Esq. and hereby enters an appearance on behalf of the above captioned defendant, Frederick A. Simone, a/k/a Freddy, a/k/a The Neighbor.

Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, Massachusetts 02301
(508) 583-4280
BBO #414160

LAW OFFICES OF
# KEVIN J. REDDINGTON

FILED
IN CLERKS OFFICE

2003 DEC 12  A 10: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

OF COUNSEL
STEPHANIE MARTIN GLENNON

BOARD CERTIFIED CRIMINAL TRIAL SPECIALIST

WILLIAMSBURG SQUARE
SUITE 203
1342 BELMONT STREET
BROCKTON, MASSACHUSETTS
02301

(508) 583-4280  (508) 580-6186
FAX (508) 588-2174
CELL (508) 726-4819
E-MAIL - kevinreddington@msn.com

December 11, 2003

Rex Brown, Courtroom Clerk to
Magistrate Judge Joyce London Alexander
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:   United States vs. Frederick A. Simone
      No. 03-CR-10356-MLW

Dear Rex:

Enclosed please find my notice of appearance for filing with the Court on behalf of the above captioned defendant. I look forward to seeing you at the time of the arraignment and detention hearing which is presently scheduled for Wednesday, December 17th at 10:30 a.m.

Thank you for filing the enclosed.

Very truly yours,

Kevin J. Reddington

KJR/lam
encl
cc: Ernest S. DiNisco, Assistant U.S. Attorney
    Attorney Leo Sorokin

THE NATIONAL BOARD OF TRIAL ADVOCACY IS A PRIVATE
ORGANIZATION WHOSE STANDARDS ARE NOT REGULATED
BY THE COMMONWEALTH OF MASSACHUSETTS