UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2003 DEC 15 P 4: 47

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) CRIMINAL NO. 03-10356-MLW |
| FREDERICK SIMONE | )<br>) |

## APPOINTED COUNSEL'S MOTION TO WITHDRAW

Undersigned counsel and the Federal Defender Office move to withdraw as counsel for defendant Frederick Simone because retained counsel, Kevin Reddington, has appeared on behalf of Mr. Simone.

Leo T. Sorokin
B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Leo T. Sorokin, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Colin Owyang by delivery and Kevin Reddington, Esq. by first-class mail on December 15, 2003.

Leo T. Sorokin