AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES

V.

WHITE, GIOACCHINNI, SIMONE

**EXHIBIT AND WITNESS LIST**

Case Number: CR03-10356 MLW

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>COLLIN OWYANG | DEFENDANT'S ATTORNEY<br>EGBERT, DEJUNES |
|---|---|---|
| TRIAL DATE (S)<br>12/04/2003, 12/9/2003, 12/17/2003 | COURT REPORTER<br>DIGITAL RECORDER | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 12/04/03 | DRT | | JOHN TUTUNGIAN, DETECTIVE (BPO) |
| 1 | | 12/04/03 | X | X | AFFIDAVIT OF JOHN TUTUNGIAN, DETECTIVE (BPO) |
| X | | 12/04/03 | CRS | | JOHN TUTUNGIAN, DETECTIVE (BPO) |
| 2 | | 12/09/03 | X | X | PORTION OF PRETRIAL RECORD: FED AND CRIM CONVICTIONS |
| | X | 12/09/03 | DRT | | JOHN TUTUNGIAN, DETECTIVE (BPO) |
| | X | 12/09/03 | CRS | | JOHN TUTUNGIAN, DETECTIVE (BPO) |
| X | | 12/17/03 | DRT | | JOHN TUTUNGIAN, DETECTIVE (BPO) |
| X | | 12/17/03 | CRS | | JOHN TUTUNGIAN, DETECTIVE (BPO) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages