LAW OFFICES OF
# KEVIN J. REDDINGTON

OF COUNSEL
STEPHANIE MARTIN GLENNON

BOARD CERTIFIED CRIMINAL TRIAL SPECIALIST

WILLIAMSBURG SQUARE
SUITE 203
1342 BELMONT STREET
BROCKTON, MASSACHUSETTS
02301

(508) 583-4280  (508) 580-6186
FAX (508) 588-2174
CELL (508) 726-4819
E-MAIL - kevinreddington@msn.com

December 18, 2003

Magistrate Judge Joyce London Alexander
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: United States vs. Frederick A. Simone
    No. 03-CR-10356-MLW

Dear Judge Alexander:

In accordance with my argument and proffer made to you on December 17th, may I enclose a copy of the docket from the Essex County Superior Court, Commonwealth vs. Frederick Simone. Please note that, as indicated, Mr. Simone pled guilty at a change of plea hearing on November 13, 1987 and the matter was continued to January 4, 1998 by agreement. The matter was further continued from the 4th to the 6th and on the 6th the 15-20 year MCI sentence was imposed. As indicated, there is no indication of defaults.

The docket 11521 was dismissed on defendant's motion on January 6, 1988. The bail remained the same at $1,000,000.00 surety, $100,000.00 cash. The case was posted by his father and was returned to him upon the conclusion of the case.

Thank you for your attention.

Very truly yours,

Kevin J. Reddington

KJR/lam
encls
cc: Ernest S. DiNisco, Assistant United States Attorney

THE NATIONAL BOARD OF TRIAL ADVOCACY IS A PRIVATE
ORGANIZATION WHOSE STANDARDS ARE NOT REGULATED
BY THE COMMONWEALTH OF MASSACHUSETTS

## AFFIDAVIT OF PATRICIA A. DEJUNEAS, ESQ.

I, Patricia A. DeJuneas, hereby depose and say:

1. I, along with Richard M. Egbert, represent Frederick Simone in the case of Commonwealth v. Simone, MICR2001-00049, a criminal case pending in the Middlesex Superior Court.

2. On December 16, 2001, the Framingham District Court released Mr. Simone on $10,000.00 bail. That bail was later transferred to Superior Court.

3. Since that time, Mr. Simone has appeared in Court as required and has never defaulted.

4. Recently, Superior Court Judge Hamlin excused Mr. Simone from attending several status conferences, noting in open court that Mr. Simone had never before defaulted.

Signed and sworn under pains and penalty of perjury this 18th day of December, 2003:

Patricia A. DeJuneas, Esq.

**No. CR-11522**

COMMONWEALTH OF MASSACHUSETTS
ESSEX, SS.
SUPERIOR COURT
CRIMINAL DOCKET

COMMONWEALTH VS. FREDERICK SIMONE

| | |
|---|---|
| Offense: | Conspiracy to Commit Murder (Ch. 274, Sec. 7) |
| | Place: |
| Surety and Amount: | Personal |
| PROSECUTOR: | Robert Weiner, A.D.A., 70 Washington Street, Salem, 01970 David Grassbaum, A.D.A. Ernest S. DiNisco, Special A.D.A., 1905 T.W. McCormack, Courthouse Bldg., Boston |
| Counsel: | Arthur J. Tacelli, Esq., 13 Bennington St., East Boston, 02128-1799 |

Justice Disposing of Case: Brady, J.

| Date | | |
|---|---|---|
| 1986 Dec 10 | 1 | Indictment filed. |
| Dec. 12 | | Robert Weiner, Assistant District Attorney, appears for the Commonwealth. See #2 in CR 11521 |
| | | Arthur J. Tacelli Esq., appears for the defendant. See #3 in CR 11521 |
| | | Defendant pleads not guilty. |
| | | Defendant ordered to recognize personal. |
| | | Continued to January 19, 1987. |
| | | Rouse,J. presiding: K.Gordon, stenographer |
| 1987 Jan. 20 | | Continued to February, 2, 1987 by agreement. |
| | | Ronan,J. presiding: K.Gordon, stenographer |
| Feb. 2 | | Richard M. Egbert Esq., appears for the defendant. See #5 in CR 11521 |
| | | Pretrial Conference Report filed. See #6 in Cr 11521 |
| | | Continued to March 9, 1987 for motions. |
| | | Ronan,J. presiding: K.Gordon, stenographer |
| Mar. 9 | | Motions to filed by March 23, 1987 by agreement. |
| | | Continued to April 7, 1987 for hearing on motions. |
| | | Ronan,J. presiding: K.Gordon, stenographer |
| Mar. 20 | | ORDER Re: Filing of Pleadings. (Brady,J.) All parties notified. See #11 in CR11521 |
| Mar. 24 | | NOTICE Re: Conference to be held at Superior court, Salem on April 7, 1987 at 9:30 A.M. See #12 in Cr 11521 |
| Mar. 25 | | Motion for Extension filed and allowed without a hearing. (Brady,J.) See #13 in CR 11251 |

OVER

A TRUE COPY, ATTEST
DEPUTY ASST. CLERK

| 1987 | |
|---|---|
| Apr. 7 | Continued to April 17, 1987 for motions. |
| Apr. 16 | Brady,J. presiding; R.Carroll, stenographer |
| | Commonwealth's Memorandum in Opposition to Defendants' Pre-Trial Motions to Dismiss the Indictments and Sever the Trials filed. See #14 in CR 11521 |
| | Motion to Dismiss and Memorandum in Support of filed. See #15 in CR 11521 |
| | Defendant's Preliminary Memorandum in Support of His Motion to Sever filed. See #16 in CR 11521 |
| | Motion to Join in Co-Defendant's Motion filed. See #17 in CR 11521 |
| | Motion for Bill of Particulars filed. See #18 in CR 11521 |
| | Motion to file Supplementary Memorandum in Support of Motion to Suppress Evidence Derived from Electronic Surveillance filed. See #19 in CR 11521 |
| Apr. 17 | Defendant's Motion for Discovery and Exculpatory Evidence filed. See #20 in CR 11521 |
| | Ernest S. DiNisco, Special A.D.A., appears for the Commonwealth. See #21 in CR 11521 |
| | David Grossbaum, A.D.A., appears for the Commonwealth.See #22 in CR 11521 |
| | Motion to Continued and Affidavit filed. See #23 in CR 11521 |
| | Commonwealth's Petition for Leave to Proceed filed. See #24 in CR 11521 |
| | Brady,J. presiding; R.Carroll, stenographer |
| Apr. 22 | Motion #15 Denied. (Brady,J.) |
| | Motion #17 after hearing Allowed. (Brady,J.) |
| | Motion #18 A - The Commonwealth is ordered to supply the Defendant the time, Place, names and means of the conspiracy, otherwise the motion is denied. (Brady,J.) |
| | Motion #19 Allowed. (Brady,J.) |
| | Motion #20 See Ruling. (Brady,J.) |
| | Motion to Sever filed and after hearing denied without prejudice. |
| Apr. 23 | Brady,J. presiding; R.Carroll, stenographer |
| Apr. 24 | Notice Re: hearing to be held at Peabody, District Court on May 5, 1987 at 2:00 P.M., Session 3. All parties notified. |
| | Rulings on Defendant's Motion for Discovery and Exculpatory Evidence. (Brady,J.) Copies of #15,17,18,19,20, and 21 to all parties. See #27 in CR 11521 |
| Apr. 27 | Copies of #27 to all parties. |
| May 21 | Commonwealth's Memorandum in Opposition to Defendant's Motion to Suppress Electronic Surveillance Evidence filed. (Brady,J.) See #28 in CR 11521 |
| May 29 | Motion to Exclude Tapes filed. See #29 in Cr 11521 |
| | Motion to Prohibit Use of Transcripts filed. See #30 in CR 11521 |
| | Request for hearing filed. See #31 in Cr.11521 |
| June 3 | Memorandum in Opposition to Defendants' Motion to Exclude Tapes and Motion to Prohibit Use of Transcripts filed in Court. (Brady,J.) See #31A in CR 11521 |

CONTINUED ON PAGE 2

COMMONWEALTH VS. FREDERICK SIMONE    NO. CR-11522 page 2

COMMONWEALTH OF MASSACHUSETTS
ESSEX, SS.
SUPERIOR COURT
CRIMINAL DOCKET

| 1987 | |
|---|---|
| June 11 | Motion for Protective Order filed and after hearing Allowed. See Transcript. See #32 in CR 11521 |
| June 25 | Commonwealth's Answers to Defendant's Discovery Request filed. See #33 in Cr 11521 |
| | Brady,J. presiding. R.Carroll, stenographer Memorandum of Decision and Order on Defendant's Consolidated Motion to Suppress Evidence and Motion to Dismiss Indictment. All parties notified.See #34 in CR 11521 (Brady,J.) |
| July 2 | Motion #29 DENIED. (See Memo of decision). (Brady,J.) |
| | Motion #30 Allowed. (See Memo of decision). (Brady,J.) |
| | Memorandum of Decision and Order on Defendants' Motions to Exclude Tapes and to Prohibit Use of Transcripts. (Brady,J.) All parties notified. See #35 in CR 11521 |
| Oct. 15 | Motion to Admit Evidence filed. See #36 in Cr 11521 |
| Oct. 21 | Motion to Set Trial Date filed. See #37 in Cr 11521 |
| Oct. 27 | Motion #37-Motion allowed as to Angiulo, further hearing to Simone to be held on Wednesday, November 4, 1987, at 10:00 A.M.; at Lawrence. |
| | Brady,J. presiding; H.McKenna, stenographer |
| Oct. 28 | Motion for Continuance and Affidavit in Support of filed. See #18 in CR 11522 |
| | Motion for Joinder of Offenses and Affidavit in Support of filed. See #39 in CR 11522 |
| | Motion to Limit the Commonwealth's Introduction of "Structure Evidence" and Memorandum in Support of filed. See #40 in CR 11522 |
| | Motion to Reconsider Denial of Motion to Dismiss Indictment Re: Grand Jury Presentation and Memorandum in Support of filed. See #41 in CR 11522 |
| | Defendant's Motion to Prohibit Improper References and Terminology filed. See #42 in CR 11522 |
| | Motion for Ordering of Government's Proof or for Separate Hearing to Determine Existence of Conspiracy filed. See #43 in CR 11522 |
| | Affidavit in Support of Motion to Sever filed. See #44 in CR 11522 |
| | Frederick Simone's Supplemental Memorandum in Support of His Motion to Sever filed. See #45 in CR 11522 |
| Nov. 3 | Bill of Particulars filed. See #46 in CR 11521 |
| Nov. 4 | Motion #38 after hearing, Denied. Trial date of November 16, 1987. (Brady,J.) |
| | Motion #33 Allowed. Trial date of November 16, set by Court. (Brady,J.) |
| | Motion to Sever Due to Medical Condition of Defendant, Ilario M.A. Zannino and Affidavit in Support of filed in Court. See #47 in CR 11521 |
| | Motion to Dismiss on Grounds of Estoppel and Memorandum in Support of filed in Court. See #48 in CR 11521 |
| | Protective Order. (Brady,J.) See #49 in CR 11521 |

A TRUE COPY, ATTEST [signature] ASST. CLERK

| 1987 | | |
|---|---|---|
| Nov. 4 | | Continued to November 10, 1987 for hearing on motions. |
| | | Continued to November 16, 1987 for trial. |
| | | Brady,J. presiding; D.Boliber, stenographer |
| Nov. 5 | | Protective Order. (Brady,J.) See #50 in CR 11521 |
| Nov. 10 | | Motion to Compel Testimony of David Liscio filed and after hearing allowed. |
| | | See #51 in CR 11521 |
| | | Notice of Appearance filed. Charles E. Schaub, Jr., Esq., appears for Witness |
| | | David Liscio. See #52 in CR 11521 |
| | | Motion #47-Motion deferred until decision on trial of Ilario Zannino. (Brady,J.) |
| | | Motion #48-after hearing, motion is denied. (Brady,J.) |
| | | Brady,J. presiding; A.Green, stenographer |
| Nov. 13 | | Change of PLEA Accepted-Guilty. |
| | | Sentence Stayed to January 4, 1988 by agreement. |
| | | Same bail $1,000,000. with surety, $100,000. Cash. |
| | | Passport to be surrendered to probation. Defendant to report weekly by phone |
| | | to Probation by phoning in and probation calling back to location of defendant. |
| | | Non-disclosure ORDER in effect!! |
| | | Brady,J. presiding: A.Green, stenographer |
| Nov. 17 | | Motion #40-Motion denied as to Anguilo. (Brady,J.) |
| | | Motion #42 Denied-See transcript as to Anguilo. (Brady,J.) |
| | | Brady,J. presiding: A.Green, stenographer |
| 1988 | | |
| Jan. 4 | | Sentence stayed to January 6, 1988 at 12 noon at Salem by agreement of parties. |
| | | Brady,J. presiding: A.Green, stenographer |
| Jan. 6 | 2 | SENTENCE: Fifteen to Twenty (15-20) years at Massachusetts Correctional Institution, |
| | | Cedar Junction, committed. Credit of 75 days. |
| | | Notified of Right of Appeal. |
| | 3 | Victim/Witness Assessment $25.00-Withdraw from inmate's account. |
| | | Brady,J. presiding: A.Green, stenographer |
| Jan. 25 | 4 | Received $25.00 Victim/Witness Pmd. |
| Mar. 4 | 5 | Defendant's Motion to Revise and Revoke and Affidavit filed. Copy to Brady,J. |
| | | and R.Weiner, A.D.A. |
| 1990 | | |
| Mar. 1 | 6 | Memorandum in Support of Motion to Revise and Revoke filed. |
| Mar. 2 | 7 | Defendant's Request for Oral Argument filed. |
| Mar. 2 | 8 | Habeas Corpus issued to Massachusetts Correctional Institution, Norfolk for |
| | | March 9, 1990 at 1:00 P.M.-hearing on Motion to Revise and Revoke. (Brady,J.) |
| Mar. 9 | | Hearing on Motion to Revise and Revoke-Continued to later date. |
| | | Brady,J. presiding: A.Green, Court Stenographer |
| Mar. 19 | | Motion #5 Denied. (Brady,J.) Copy to R.M.Egbert,A.D.A. and R.Weiner,A.D.A. |

No. CR-11521

**COMMONWEALTH OF MASSACHUSETTS ESSEX, SS. SUPERIOR COURT CRIMINAL DOCKET**

**COMMONWEALTH VS. FREDERICK SIMONE**

Offense: Accessory Before the Fact of Murder (Ch. 274, Sec. 2)    Place: Lynn

Surety and Amount: Alfred James Simone $100,000.00 (Cash)

PROSECUTOR: Robert Weiner, A.D.A., 70 Washington Street, Salem, 01970 David Grossbaum, A.D.A. Ernest S. DiNisco, Special A.D.A., 1905 T.W. McCormack Courthouse Bldg. Boston

Counsel: Arthur J. Tacelli, Esq., 13 Bennington St., East Boston, 02128-1799
Richard M. Egbert, Esq., 260 Franklin St., Boston

Justice Disposing of Case: Brady, J.

| Date | # | Entry |
|---|---|---|
| 19 86Dec10 | 1 | Indictment filed and Indictment Warrant issued. |
| Dec. 12 | 2 | Robert Weiner, Assistant District Attorney, appears for the Commonwealth. |
| | 3 | Arthur J. Tacelli Esq. appears for the defendant. |
| | | Defendant pleads not guilty. |
| | 4 | Defendant ordered to recognize One Million Dollars Cash ONLY set without prejudice. |
| | | Continued to January 19, 1987. |
| | | Rouse, J. presiding; K. Gordon, stenographer |
| 1987Jan 20 | | Continued to February 2, 1987 by agreement. |
| | | Ronan, J. presiding; K. Gordon, stenographer |
| Feb. 2 | 5 | Richard M. Egbert Esq. appears for the defendant |
| | 6 | Pretrial Conference Report filed. |
| | | Continued to March 9, 1987 for motions. |
| | | Ronan, J. presiding; K. Gordon, stenographer |
| Feb. 20 | 7 | Defendant's Motion to Reconsider Bail filed in Court. |
| | | Motion to reconsider bail--Allowed. |
| | 8 | Defendant ordered to recognize One Million ($1,000,000.00) dollars with surety or One Hundred Thousand ($100,000.00)Dollars Cash Bail. |
| | | Ronan, J. presiding; K. Gordon, stenographer |
| Feb. 24 | 9 | Cash Bail Received. One hundred thousand ($100,000.00) Cash bail posted by Alfred J. Simone (Father). |
| | | Motions to filed by March 23, 1987 by agreement. |
| Mar. 9 | | Continued to April 7, 1987 for hearing on motions. |
| | | Ronan, J. presiding; K. Gordon, stenographer |

A TRUE COPY, ATTEST
DEPUTY ASST. CLERK

| 1987 | | |
|---|---|---|
| Mar. 20 | 10 | Indictment Warrant issued December 10, 1986 returned. |
| | 11 | ORDER Re: Filing of Pleadings. (Brady,J.) All parties notified. |
| Mar. 24 | 12 | NOTICE Re: Conference to be held at Superior Court, Salem on April 7, 1987 at 9:30 A.M. |
| Mar. 25 | 13 | Motion for Extension filed and allowed without a hearing. (Brady,J.) Continued to April 17, 1987 for motions. |
| Apr. 7 | | Brady,J. presiding; R.Carroll, stenographer |
| Apr. 16 | 14 | Commonwealth's Memorandum in Opposition to Defendants' Pre-Trial Motions to Dismiss the Indictments and Sever the Trials filed. |
| | 15 | Motion to Dismiss and Memorandum in Support of filed. |
| | 16 | Defendant's Preliminary Memorandum in Support of His Motion to Sever filed. |
| | 17 | Motion to Join in Co-Defendant's Motion filed. |
| | 18 | Motion for Bill of Particulars filed. |
| | 19 | Motion to file Supplementary Memorandum in Support of Motion to Suppress Evidence Derived from Electronic Surveillance filed. |
| | 20 | Defendant's Motion for Discovery and Exculpatory Evidence filed. |
| Apr. 17 | 21 | Ernest S. DiNisco, Special A.D.A., appears for the Commonwealth. |
| | 22 | David Grossbaum, A.D.A., appears for the Commonwealth. |
| | 23 | Motion to Continued and Affidavit filed. |
| | 24 | Commonwealth's Petition for Leave to Proceed filed. |
| | | Brady,J. presiding; F.Carroll, stenographer |
| Apr. 22 | | Motion #15 Denied. (Brady,J.) |
| | | Motion #17 after hearing Allowed. (Brady,J.) |
| | | Motion #18 A - The Commonwealth is ordered to supply the Defendant the time, place, names and means of the conspiracy, otherwise the motion is denied. (Brady,J.) |
| | | Motion #19 Allowed. (Brady,J.) |
| | | Motion #20 See Ruling. (Brady,J.) |
| | 25 | Motion to Sever filed and after hearing denied without prejudice. |
| | | Brady,J. presiding; R.Carroll, stenographer |
| | 26 | Notice Re: hearing to be held at Peabody, District Court on May 5, 1987 at 2:00 P.M., Session 3. All parties notified. |
| Apr. 23 | 27 | Rulings on Defendant's Motion for Discovery and Exculpatory Evidence. (Brady,J.) |
| Apr. 24 | | Copies of #15,17,18,19,20, and 21 to all parties. |
| Apr. 27 | | Copy of #2 to all parties. |
| May 21 | 28 | Commonwealth's Memorandum in Opposition to Defendant's Motion to Suppress Electronic Surveillance Evidence filed. (Brady,J.) |
| May 29 | 29 | Motion to Exclude Tapes filed. |
| | 30 | Motion to Prohibit Use of Transcripts filed. |
| | 31 | Request for hearing filed. |

CONTINUED ON PAGE 2

COMMONWEALTH VS. FREDERICK SIMONE
No. CR-11521
page 2

| 1987 | | |
|---|---|---|
| June 3 | 31A | Memorandum in Opposition to Defendants' Motion to Exclude Tapes and Motion to Prohibit Use of Transcripts filed in Court. (Brady,J.) |
| June 11 | 32 | Motion for Protective Order filed and after hearing Allowed, See Transcript. |
| | 33 | Commonwealth's Answers to Defendant's Discovery Request filed. Brady,J. presiding; R.Carroll, stenographer |
| June 25 | 34 | Memorandum of Decision and Order on Defendant's Consolidated Motion to Suppress Evidence and Motion to Dismiss Indictment. (Brady,J.) All parties notified. (Brady,J.) |
| July 2 | | Motion #29 DENIED. (See Memo of decision). (Brady,J.) |
| | | Motion #30 Allowed. (See Memo of decision). (Brady,J.) |
| | 35 | Memorandum of Decision and Order on Defendants' Motions to Exclude Tapes and to Prohibit Use of Transcripts. (Brady,J.) All parties notified. |
| Oct. 15 | 36 | Motion to Admit Evidence filed. |
| Oct. 21 | 37 | Motion to Set Trial Date filed. |
| Oct. 27 | | Motion #37-Motion allowed as to Angiulo, further hearing as to Simone to be held on Wednesday, November 4, 1987, at 10:00 A.M. at Lawrence. Brady,J. presiding; H.McKenna, stenographer |
| Oct. 28 | 38 | Motion for Continuance and Affidavit in Support of filed. |
| | 39 | Motion for Joinder of Offenses and Affidavit in Support of filed. |
| | 40 | Motion to Limit the Commonwealth's Introduction of "Structure Evidence" and Memorandum in Support of filed. |
| | 41 | Motion to Reconsider Denial of Motion to Dismiss Indictment Re: Grand Jury Presentation and Memorandum in Support of filed. |
| | 42 | Defendant's Motion to Prohibit Improper References and Terminology filed. |
| | 43 | Motion for Ordering of Government's Proof or for Separate Hearing to Determine Existence of Conspiracy filed. |
| | 44 | Affidavit in Support of Motion to Sever filed. |
| | 45 | Frederick Simone's Supplemental Memorandum in Support of His Motion to Sever filed. |
| Nov. 3 | 46 | Bill of Particulars filed. |
| Nov. 4 | | Motion #38 after hearing, Denied. Trial date of November 16, 1987.(Brady,J.) |
| | 47 | Motion #37 Allowed, Trial date of November 16, 1987 set by Court. (Brady,J.) |
| | 48 | Motion to Sever Due to Medical Condition of Defendant, Ilario M.A. Zannino, and Affidavit in Support of filed in Court. Motion to Dismiss on Grounds of Estoppel and Memorandum in Support of filed in Court. |
| | 49 | Protective Order. (Brady,J.) |
| | | Continued to November 10, 1987 for hearing on motions. |
| | | Continued to November 16, 1987 for trial. Brady,J. presiding; D.Dolibor, stenographer |

COMMONWEALTH OF MASSACHUSETTS ESSEX,SS. SUPERIOR COURT CRIMINAL DOCKET

A TRUE COPY ATTEST
DEPUTY ASST CLERK

| 1987 | | |
|---|---|---|
| Nov. 5 | 50 | Protective Order. (Brady,J.) |
| Nov. 10 | 51 | Motion to Compel Testimony of David Liscio filed and after hearing allowed. |
| | 52 | Notice of Appearance filed. Charles E. Schaub, Jr., Esq., appears for Witness David Liscio. |
| | | Motion #47-Motion deferred until decision on trial of Ilario Zannino. (Brady,J.) |
| | | Motion #48-after hearing, motion is denied. (Brady,J.) |
| | | Brady,J. presiding: A.Green, stenographer |
| Nov. 13 | | Continued to January 4, 1988 by agreement. |
| | | Brady,J. presiding: A.Green, stenographer |
| Nov. 17 | | Motion #40-Motion-denied as to Angulio (Brady,J.) |
| | | Motion #42 Denied-See transcript as to Angulio. (Brady,J.) |
| | | Brady,J. presiding: A.Green, stenographer |
| 1988 | | |
| Jan. 4 | | Continued to January 6, 1988 at 12 noon at Salem by agreement of parties. |
| | | Brady,J. presiding: A.Green, stenographer. |
| Jan. 6 | 53 | Notion to Dismiss filed and after hearing allowed. |
| | | Brady,J. presiding: A.Green, stenographer |