UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

FREDERICK SIMONE
VINCENT GIOACCHINI
FRANCIS WHITE
       Defendants

CRIMINAL NO.
03-10356 MLW

PROCEDURAL ORDER
January 27, 2004

ALEXANDER, U.S.M.J.

    In that all arraignments and detention hearings for the above-named defendants have been held and all matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to District Judge Wolf for further scheduling of status and pretrial conferences, as well as trial.

        /S/ Joyce London Alexander
        United States Magistrate Judge