UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-CR-10356-MLW

UNITED STATES

VS.

VINCENT C. GIOACCHINI
a/k/a DEE DEE,

FREDERICK A. SIMONE,
a/k/a FREDDY, a/k/a
THE NEIGHBOR; and

FRANCIS WHITE, a/k/a
THE WHITE-HAIRED GUY

## CLAIM OF APPEAL AND REVIEW OF DETENTION ORDER

Now comes the defendant, Vincent Gioacchini, in the above-titled cause and does claim a review of the Detention Order entered on January 16, 2004 by order of Joyce London Alexander, Magistrate Judge.

The defendant does request a review by this Court having original jurisdiction over the offense and does move for a revocation and/or amendment of the Order.

Dated: January 23, 2004

Respectfully submitted,
By his attorney,

Robert A. George, Esq.
George & Associates, P.C.
BBO # 189400
138 Newbury Street
Boston, MA 02116
(617) 262-6900