UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10356

|  |  |
|---|---|
| United States of America | Frederick Simone<br>Vincent Gioacchini<br>Francis White |
| PLAINTIFF | DEFENDANT |
| Colin Owyang | Kevin Reddington |
| Ernest Dinisco | Robert George and Christopher Tarrant |
|  | Richard Egbert |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK  O'Leary            REPORTER  Twomey

CLERK'S NOTES

| DATES: | Motion Hearing/Initial Status Conference Held |
|---|---|
| 02/24/04 | Parties report that there are no matters currently pending before the magistrate judge. |
|  | Court issue oral sequestration order for all the potential witnesses for the proceedings regarding detention |
|  | Court makes its Memo and Order from CR90-10065 dated 8/7/90 exhibit 1 of today's date. |
|  | Defendant, Simone, calls Trooper Tutungian - witness takes the stand and is sworn. Neither party calls any |
|  | further witnesses. Defendant, Simone, raises an issue regarding the discovery obligations of the government. |
|  | Parties report that no defendant opted out of the automatic discovery. Court releases Trooper Tutungian subject |
|  | to the sequestration order pending the court's decision on detention. Court listens to oral argument from |
|  | the parties. Court asks PTS to conduct an interview of the individual with whom, defendant Simone would |
|  | be residing with were the Court to release him on certain conditions. Court in recesses until 2:45 PM. |
|  | Court resumes. Parties are directed to order the transcript form today's proceeding. Court directs PTS |
|  | to investigate the feasibility of the conditions of release proposed by the defendants, Simone and |
|  | Giaocchini. Court takes the matters under advisement. Pending the PTS investigation, which ideally will |
|  | be completed within the next two days. Defendant, Simone, to file the Daley affidavit by cob 2/25/04. |
|  | Court focuses on the schedule for the case. Defendant's anticipate filing motions to suppress the electronic |
|  | surveillance. Any discovery motions shall be filed by 4/23/2004, responses shall be filed 5/12/2004. |
|  | Further status conference set for 5/6/2004 at 3:00 PM. Court excludes the time from today through |
|  | 5/6/2004 with the agreement of all parties. Court closes the remainder of today's conference to the public. |
|  |  |