UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
     v.                         )
                                )
FREDERICK SIMONE,               )    Cr. No. 03-10356-MLW
VINCENT GIOACCHINI and          )
FRANCIS WHITE,                  )
                                )
          Defendants.           )

                              ORDER
WOLF, D.J.                                      February 26, 2004

     As stated at the February 24, 2004 hearing, it is hereby ORDERED that:

     1. Counsel shall confer and any discovery motions shall be filed by April 23, 2004.

     2. Responses to the discovery motions shall be filed by May 12, 2004.

     3. A status conference shall be held on May 6, 2004 at 3:00 p.m.

     4. As agreed by the parties, the time between the February 24, 2004 hearing and the May 6, 2004 hearing shall be excluded for Speedy Trial Act purposes as to all three defendants, pursuant to 18 U.S.C. § 3161(h)(8)(A), as the ends of justice served by permitting defense counsel to become fully familiar with this case and potential pretrial issues outweigh the interest of the public and the defendants in a speedy trial.

     5. The Pretrial Services Department shall investigate the

feasibility of the conditions of release proposed by defendants Gioacchini and Simone and submit its findings to the court by February 27, 2004.

    6. Pamela Harris-Daly shall, by February 25, 2004, submit an affidavit to the court, to the prosecution in this case, and to the Pretrial Services Department, describing her relationship to defendant Frederick Simone and the value of the property she is offering as a potential surety for his release, both in absolute terms and with respect to her other assets.

    7. The parties shall order the transcript of the February 24, 2004 hearing.

                                  /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE