UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-CR-10356-MLW

UNITED STATES

VS.

FREDERICK A. SIMONE,
a/k/a FREDDY, a/k/a
THE NEIGHBOR,

VINCENT C. GIOCCHINI,
a/k/a DEE DEE; and

FRANCIS WHITE, a/k/a
THE WHITE-HAIRED GUY

## ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF DISCOVERY MOTIONS

Now come the defendants in the above numbered indictment and move this Court for an extension of time for a period of sixty (60) days for the filing of discovery motions late.

In support of the within motion defense counsel note that due to the press of trial matters the defendants' counsel have not submitted the requisite discovery motions. Further, counsel yesterday received volumes of transcripts from the government but for obvious reasons have not reviewed said transcripts and therefore the defendants respectfully move this Court for a sixty day extension to file discovery motions in accordance with Federal Rules of Criminal Procedure 16A(1) as well as Local Rules 116.1, et. seq.

This motion has been assented to by Assistant United States Attorney Colin Owyang.

Frederick Simone,
By his attorney

/s/ Kevin J. Reddington
Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, Massachusetts 02301
(508) 583-4280

Francis White,
By his attorney

/s/ Richard M. Egbert (iam)
Richard M. Egbert, Esq.
99 Summer Street
Boston, MA 02110
(617) 737-8222

Vincent C. Giocchini,
By his attorney

/s/ Robert George (iam)
Robert George, Esq.
138 Newbury Street
Boston, MA 02116
(617) 262-6900

/s/ Colin Owyang (iam)
Colin G. Owyang
Assistant United States Attorney
1 Courthouse Way
Boston, MA 02110
(617) 748-3100

## CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Frederick Simone, hereby certify that I have forwarded a copy of the within Assented to Motion for Extension of Time for Filing of Discovery Motions, this date, via fax transmission and regular mail, to;

Colin G. Owyang
Assistant United States Attorney
1 Courthouse Way
Boston, MA  02110

_____
Kevin J. Reddington, Esq.

DATED: April 22, 2004

KEVIN J. REDDINGTON · ATTORNEY AT LAW · 1342 BELMONT STREET · BROCKTON, MASSACHUSETTS 02301 · (508) 583-4280 / (508) 580-6186