```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )
                              )
FREDERICK SIMONE,             )     Cr. No. 03-10356-MLW
VINCENT GIOACCHINI and        )
FRANCIS WHITE,                )
                              )
          Defendants.         )
```

ORDER

WOLF, D.J.                                              May 5, 2004

    It is hereby ORDERED that at the May 6, 2004 status conference:

    1.    The parties shall be prepared to address the assented to motion requesting sixty additional days for the filing of discovery motions (the "Motion"). The Motion is not, as required by Local Rule 7.1(B), supported by an affidavit and does not otherwise adequately explain why, in view of the discussion at the February 24, 2004 hearing, "due to the press of trial matters the defendants' counsel have not submitted the requisite discovery motions." In addition, the government shall be prepared to identify the transcripts referenced in the Motion, and to explain when they were prepared and produced. See Local Rule 116.4(B)(2).

    2. Trooper Pasquale Russolillo shall be present with his cell telephone records for the period from November 15, 2003 to December 4, 2003, in their original form and also redacted to delete the

telephone numbers of family members, cooperating witnesses, and/or informants.

    /s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE