UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10356

|  |  |
|---|---|
| United States of America | Frederick Simone |
|  | Vincent Gioacchini |
|  | Francis White |
| **PLAINTIFF** | **DEFENDANT** |
| Colin Owyang | Richard Egbert |
| Ernest DiNisco | Christopher Tarrant |
|  | Robert George |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

JUDGE   Wolf            CLERK   O'Leary                REPORTER   Twomey

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 05/06/04 | Christopher Tarrant informs the court that he is appearing on behalf of Robert George. Court orders atty. |
|  | Tarrant to call attorney George and have him come to the courthouse immediately. Court resumes with |
|  | attorney George in attendance. Court orders the parties to purchase copies of the transcript from today's |
|  | proceedings. Court orders the defendants to be present at the next hearing. Court orders the parties to |
|  | return on May 20, 2004 at 1:30 PM. Court excludes the time between today and the next hearing. |
|  | Court closes the remainder of the hearing to the public. |