

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| FREDERICK A. SIMONE,(1) | ) CRIMINAL NO. 03-10356-MLW |
|   A/K/A FREDDY, A/K/A | ) |
|     THE NEIGHBOR; | ) |
| VINCENT C. GIOACCHINI,(2) | ) |
|   A/K/A DEE DEE; and | ) |
| FRANCIS WHITE,(3) | ) |
|   A/K/A THE WHITE-HAIRED GUY | ) |

GOVERNMENT'S FILING CONCERNING COURT'S MAY 5, 2004 ORDER

The Government submits this filing in response to the Court's Order directing Trooper Russolillo to present his cell phone records for the period from November 15, 2003 to December 4, 2003 in their original and redacted forms.

The only records Mr. Russolillo has for the periods covered by the Court's Order are contained in two billing statements. Each statement covers the two phones on his plan. The first statement covers the period of October 21, 2003 to November 20, 2003. The records reflect billing information only. The second statement covers the period of November 21, 2003 to December 20, 2003. Again, the records contain only billing information.

The third set of records being voluntarily provided herein consist of 11 pages and relates to the active billing period (March 21, 2004 to April 20, 2004). These records are being offered in redacted form to show the Court that the information received on these accounts do not contain a listing of telephone

calls made but only demonstrates whether the allotted minutes for Mr. Russolillo's plan have been exceeded.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By

ERNEST S. DINISCO
COLIN OWYANG
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

Suffolk, ss.                                  Boston, Massachusetts
                                              May 6, 2004

I, Ernest S. DiNisco, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon counsel of record for each defendant, by hand delivery.

ERNEST S. DINISCO
Assistant U.S. Attorney