UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-CR-10356-MLW

UNITED STATES

VS.

FREDERICK A. SIMONE,
a/k/a FREDDY, a/k/a
THE NEIGHBOR,

VINCENT C. GIOCCHINI,
a/k/a DEE DEE; and

FRANCIS WHITE, a/k/a
THE WHITE-HAIRED GUY

## AFFIDAVIT OF COUNSEL REGARDING THE STATUS OF DEFENDANT, FREDERICK SIMONE'S PENDING STATE CASES

I, Kevin J. Reddington, Esq., being first duly sworn, depose and say that;

1.) I am an attorney licensed to practice law in the Commonwealth of Massachusetts and I am also licensed to practice law in the United States District Court. My BBO # is 414160.

2.) I represent the defendant, Frederick A. Simone in his matters presently pending in the United States District Court.

3.) I have consulted with Attorney Richard Egbert regarding the status of Mr. Simone's pending state matters and have been advised by Patricia DeJuneas of his office that the following motions are pending;

-Motion to Suppress Fruits of Search Warrant;

-Motion to Suppress Evidence Derived From Wiretap Warrants;

-Motion to Suppress Evidence Derived from Bugging Warrants;

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280 / (508) 580-6186

-Motion for Amral Hearing, and;

-Motion for Franks Hearing.

4.) I have been advised that on May 12, 2004 the Amral and Franks motions were denied. The other motions are still pending with an anticipated decision to be delivered within the next two weeks.

5.) Discovery has been largely completed in the case although additional motions may be filed if deemed appropriate by Attorney Egbert. As of May 12, 2004 there are no scheduled court dates and no trial date has been scheduled.

Signed under the pains and penalties of perjury this 12th day of May, 2004.

*[signature]*

## **CERTIFICATE OF SERVICE**

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Frederick Simone, hereby certify that I have forwarded a copy of the within Affidavit of Counsel Regarding The Status of Defendant, Frederick Simone's Pending State Cases, this date, via fax transmission and regular mail, to;

Ernest S. DiNisco
Assistant United States Attorney
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

Kevin J. Reddington, Esq.

DATED: May 12, 2004