UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10356

| United States of America | Frederick Simone<br>Vincent Gioacchini<br>Francis White |
|---|---|
| PLAINTIFF | DEFENDANT |

| Colin Owyang | Kevin Reddington |
|---|---|
| Ernest DeNisco | Robert George |
|  | Richard Egbert |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Twomey

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 05/20/04 | Court goes over the status of the case with the parties. |
|  | Government shall by, 5/28/2004, provide the defendants with the names of unindicted co-conspirators. |
|  | Defendants shall by, 9/22/2004, file any motions to suppress, dismiss or discovery motions. |
|  | Further status conference shall be held on 10/4/2004 at 3:00 PM. |
|  | Any request for an extension of time shall be filed by 9/8/2004 |
|  | Court excludes all time from today's date through 9/22/2004. |
|  | Court addresses defendant, Simone's, motion to revise conditions of release (docket 92). |
|  | Court marks letter from MD dated 5/20/2004 as exhibit 1. Court marks discharge record from Winchester Hospital as exhibit 2. Court denies the motion to modify without prejudice as to the travel to Rhode Island and allows as to the request to pick up Harris' son from school. Court and government shall be notified promptly of any issues. Written order to issue. |