UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )
                              )
FREDERICK SIMONE,             )    Cr. No. 03-10356-MLW
VINCENT GIOACCHINI and        )
FRANCIS WHITE,                )
                              )
          Defendants.         )

                               ORDER

WOLF, D.J.                                          June 2, 2004

     For the reasons stated at the hearing on May 20, 2004, it is hereby ORDERED that:

     1. The prosecution shall, by May 28, 2004, provide the defendants with a list of unindicted co-conspirators.

     2. The defendants shall file any motions to dismiss, motions to suppress, or discovery motions by September 22, 2004. Any motions for extension of time to file any such motions must be filed by September 8, 2004.

     4. A status conference shall be held on October 4, 2004 at 3:00 p.m.

     5. As agreed on May 20, 2004 by counsel for the parties, the time from May 20, 2004 to October 4, 2004 is excluded for Speedy Trial Act purposes.

     6. Defendant Frederick Simone's request to modify his conditions of pretrial release to permit him to visit a physician in Rhode Island is DENIED without prejudice.

7. Defendant Frederick Simone's request to modify his conditions of pretrial release to allow him, on up to three occasions per week, to pick up the son of Pamela Harris-Daley at his school up is ALLOWED. Defendant Simone shall coordinate such trips with Pretrial Services. In the event that Simone is not returning to his house according to the schedule established by Pretrial Services, Pretrial Services shall promptly inform the government and the court.

          /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE