**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** | Case No.  03-CR-10356-MLW |
| **v.** | |
| **FREDERICK A. SIMONE, (1)**<br>    a/k/a FREDDY, a/k/a<br>    THE NEIGHBOR;<br><br>**VINCENT C. GIACCHINI, (2)**<br>    a/k/a DEE DEE; and<br><br>**FRANCIS WHITE, (3)**<br>    a/k/a THE WHITE-HAIRED GUY | |

**GOVERNMENT'S RESPONSE TO DEFENDANT FREDERICK SIMONE'S**
**MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby files respectfully its Response to the July 19, 2004[1] Motion to Amend the Terms and Conditions of Pre-Trial Release filed by Defendant Frederick Simone ("Simone").  After consulting with Pretrial Services Officer Christopher Wylie, the government does not oppose Simone's request to travel from his home to 117 Hunt Drive in Hubert, North Carolina from August 20 to August 28, 2004,[2] provided that:

---

[1] The Court's ECF Notice indicates this date of filing although the government has yet to receive its service copy.

[2] Simone's Motion requests to travel from "Friday, August 20, 2004 and returning on the following Saturday, August 25, 2004" but the return day and date are inconsistent.

1. Simone provide to PSO Wylie a detailed itinerary of the proposed travel to the satisfaction of PSO Wylie;

2. Simone report daily by telephone to PSO Wylie on each calendar day of the approved travel;

3. While in North Carolina, Simone remain at 117 Hunt Drive in Hubert, North Carolina for 24 hours per day for every day of the approved travel, except for those days on which he is actually traveling from or to Massachusetts; and

4. Abide by any other conditions which the Court or PSO Wylie request.

>                     Respectfully submitted,
>                     MICHAEL J. SULLIVAN
>                     United States Attorney
>
> By:   /s/ Colin Owyang
>       ERNEST DiNISCO
>       COLIN OWYANG
>       Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I, Colin Owyang, do hereby certify that I served a copy of the foregoing pleading by first-class mail on July 20, 2004 on counsel for defendant Frederick Simone, Kevin J. Reddington, Esq., 1342 Belmont Street, Suite 203, Brockton, MA  02301.

>       /s/ Colin Owyang
>       Colin Owyang
>       Assistant U.S. Attorney