UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  03-CR-10356-MLW

UNITED STATES

VS.

FREDERICK A. SIMONE,
a/k/a FREDDY, a/k/a
THE NEIGHBOR,

VINCENT C. GIOCCHINI,
a/k/a DEE DEE; and

FRANCIS WHITE, a/k/a
THE WHITE-HAIRED GUY

### DEFENDANT, FREDERICK A. SIMONE'S AMENDMENT TO MOTION FOR MODIFICATION OF TERMS AND CONDITIONS OF PRE-TRIAL RELEASE

Now comes the defendant, Frederick A. Simone, in the above numbered indictment and respectfully amends his previous request made to this Court for a modification of the terms and conditions of his pretrial release that would permit him to travel out of state for a short period of time to visit with his daughter, Kristin Smith, whose husband, Justin Smith, presently actively in the service of the United States Marine Corps. as a staff sergeant has been activated and attached to the 26th Marine Expeditionary Unit for deployment to Iraq on September 8, 2004 with return date to Camp LeJeuene to October 3, 2004 and subsequent departure to Iraq.

The defendant reiterates his previous request that he be permitted to visit with his son-in-law, daughter and grandchildren prior to this emotional departure by Staff Sergeant Smith.  However, the defendant respectfully requests that this Court grant him

permission to modify the terms and conditions of his pretrial release to allow him to travel to 117 Hunt Drive, Hubert North Carolina the last week of August leaving on Friday, August 20, 2004 and returning on the following <u>Saturday, August 28th</u> and not August 25, 2004 as requested in the original motion due to a typographical error.

                                            Frederick Simone
                                            By his attorney

                                            "s/Kevin J. Reddington