```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FREDERICK SIMONE, | )   Cr. No. 03-10356-MLW |
| VINCENT GIOACCHINI and | ) |
| FRANCIS WHITE, | ) |
| | ) |
| Defendants. | ) |

<u>ORDER</u>

WOLF, D.J.                                              August 5, 2004

    The court has received defendant Frederick Simone's Motion for Modification of Terms and Conditions of Pre-trial Release (Docket No. 101), filed on July 19, 2004, and the Government's Response (Docket No. 102). Simone requests permission to travel to North Carolina to visit with his daughter and her family, between August 20, 2004 and August 28, 2004, before his son-in-law is deployed to Iraq with the Marine Corps. Neither the government nor Pretrial Services objects to the Motion, and the court finds that it is meritorious. Therefore, it is hereby ORDERED that the Motion for Modification of Terms and Conditions of Pre-trial Release is ALLOWED, with the following conditions:

    1. Simone shall, prior to traveling to North Carolina, provide to his Pretrial Services officer a detailed itinerary for the proposed travel and receive approval for that itinerary from his Pretrial Services officer.

    2. Simone shall, on each day from August 20, 2004 to August 28, 2004, report by telephone to his Pretrial Services officer.

3. During the period between August 20, 2004 and August 28, 2004, with the exception of the time during which Simone is actually traveling to and from North Carolina, Simone shall remain at 117 Hunt Drive in Hubert, North Carolina, for twenty-four (24) hours a day.

4. Simone shall abide with any other conditions required by his Pretrial Services officer.

/s/ Mark L. Wolf  
UNITED STATES DISTRICT JUDGE