```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )
                              )
FREDERICK SIMONE,             )    Cr. No. 03-10356-MLW
VINCENT GIOACCHINI and        )
FRANCIS WHITE,                )
                              )
         Defendants.          )
```

                                ORDER

WOLF, D.J.                                        September 1, 2004


     The court has considered Defendant Frederick Simone's Motion for Further Extension of Time for Preparation and Filing of Substantive Motions, in which defendant Francis White has moved to join. In view of the lengthy extension granted on May 5, 2004, the submissions do not establish good cause for a further extension. The motions are, therefore, hereby DENIED.


                                         ___/S/ MARK L. WOLF_____
                                         UNITED STATES DISTRICT COURT