UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 03-CR-10356-MLW
)
FREDERICK A. SIMONE, ET AL. )

NOTICE OF APPEARANCE

I hereby give notice of my appearance as additional counsel for the United States of America in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3239

CERTIFICATE OF SERVICE

I hereby certify that I have served this document by sending a true copy thereof by first class mail to defendants' counsel listed below.

Counsel for Frederick A. Simone
Kevin J. Reddington, Esquire
1342 Belmont Street, Suite 203
Brockton, MA 02301

Counsel for Francis White
Richard M. Egbert, Esquire
99 Summer Street
Boston, MA 02110

Counsel for Vincent C. Gioacchini
Robert A. George, Esquire
77 Newbury Street, Floor 4
Boston, MA 02116

/s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney

Dated: September 17, 2004