UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| v. | NO. <u>03-10356-MLW</u> |
| **FREDERICK SIMONE et al** | |
| Defendant(s) | |

## NOTICE OF RESCHEDULING

**WOLF, D.J.**

The <u>STATUS CONFERENCE</u> originally scheduled for <u>OCTOBER 4, 2004</u> at <u>4:00 P.M.</u> before Judge <u>Wolf</u>, has been RESCHEDULED to <u>OCTOBER 12, 2004</u> at <u>3:30 P.M.</u> in Courtroom # <u>10</u> on the <u>5th</u> floor.

TONY ANASTAS
CLERK OF COURT

<u>September 29, 2004</u>             By:    /s/ Dennis O'Leary
    Date                                           Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                    [ntchrgcnf.]
                                            [kntchrgcnf.]