UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR03-10356

|  |  |
|---|---|
| United States of America | Frederick Simone<br>Vincent Gioacchini<br>Francis White |
| **PLAINTIFF** | **DEFENDANT** |
| Heidi Brieger | Kevin Reddington |
| Ernest Dinisco | Robert George |
|  | Patricia DeJuneas |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

JUDGE  Wolf            CLERK  O'Leary                REPORTER  Twomey

## CLERK'S NOTES

| DATES: | Status Conference Held. |
|---|---|
| 10/12/04 | Court goes over the various motions to suppress and the motion to identify informants filed by the defendants |
|  | with the parties. Court orders the defendants to file supplemental submission to identify what they allege are |
|  | false /misrepresentations in the affidavit submitted in support of the application for wire surveillance by |
|  | 10/22/04. Government shall file its responses by November 23, 2004. Any replies shall be filed 12/10/04. |
|  | A hearing shall be held on December 16, 2004 solely on the issue of whether there is a sufficient showing |
|  | to hold an evidentiary hearing. Defendant's shall file a supplemental/focused motion for discovery by |
|  | 10/15/04. Parties ordered to report regarding any early resolution of the case by 10/26/04. Court also orders |
|  | every counsel of record to attend all future hearings unless excused by the court by way of motion filed |
|  | three days in advance. Court orders the parties to purchase the transcript from today's hearing.. |