UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  03-CR-10356-MLW

UNITED STATES

VS.

FREDERICK A. SIMONE,
a/k/a FREDDY, a/k/a
THE NEIGHBOR,

VINCENT C. GIOCCHINI,
a/k/a DEE DEE; and

FRANCIS WHITE, a/k/a
THE WHITE-HAIRED GUY

## DEFENDANTS' MOTION TO WITHDRAW REQUEST FOR DISCOVERY

Now come the defendants, Frederick A. Simone, Vincent C. Giocchini and Francis White, in the above numbered cause and after conferring with all counsel in accordance with the Rules of this Court regarding discovery practice and do hereby WITHDRAW the Motion for Discovery filed in this matter.

Frederick Simone
By his attorney


/s/Kevin J. Reddington"

Francis White,
By his attorney

/s/ Richard M. Egbert, Esq.

Vincent C. Giocchini,
By his attorney


/s/ Robert George, Esq.