

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

FILED
IN CLERK'S OFFICE

2004 OCT 26  P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210


October 26, 2004


BY HAND DELIVERY

Honorable Mark L. Wolf
United States District Judge
U.S. District Court
One Courthouse Way
Boston, MA    02210

    Re:   United States v. Frederick Simone, et al.
          Criminal Number 03-10356-MLW

Dear Judge Wolf:

    At the October 12, 2004, Status Conference in the above-referenced matter, your Honor ordered the parties to report to the Court today concerning the status of the parties' attempt to resolve this matter short of trial.

    In the intervening two weeks, counsel for all parties have made substantial progress toward a global resolution of this matter, as well as related state litigation. Despite our best efforts, however, there remain final issues to negotiate prior to reporting a final resolution. On behalf of the parties, I therefore request an additional week to the Court, until November 5, 2004, to make a final report. The parties have

agreed to meet again during the week of November 1, 2004, to discuss the remaining issues.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                  By: _____
                                      ERNEST S. DINISCO
                                      HEIDI E. BRIEGER
                                      Assistant U.S. Attorneys

cc:    Robert A. George, Sr., Esquire
       Kevin J. Reddington, Esquire
       Richard M. Egbert, Esquire
       Patricia A. DeJuneas, Esquire