```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
|                            ) | |
|     v.                     ) | |
|                            ) | |
| FREDERICK SIMONE,          )  | Cr. No. 03-10356-MLW |
| VINCENT GIOACCHINI and     ) | |
| FRANCIS WHITE,             ) | |
|         Defendants         ) | |

<u>ORDER</u>

WOLF, D.J.                                              November 19, 2004

As this court's trial schedule will require that any hearings on defendants' motions to suppress be conducted in December 2004, it is hereby ORDERED that:

1. A hearing shall be held on November 23, 2004, at 3:00 p.m., on the defendant Francis White's Assented to Motion to Allow Release Pending Sentencing and Self Report Date and the Government's Motion for Brief Continuance of Time Within Which to File Responses to Defendants' Motions. The defendants and their trial counsel shall attend.

2. The time by which the government shall respond to the defendants' pending motions is EXTENDED to November 30, 2004, without prejudice to the possible granting of a further extension to December 3, 2004.

                                    /s/ MARK L. WOLF
                                 UNITED STATES DISTRICT JUDGE