UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR03-10356

| United States of America | Frederick Simone et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Ernest Dinisco | Kevin Reddington |
| Heidi Brieger | Robert George |
|  | Richard Egbert |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary                    REPORTER  Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 11/23/04 | Party advise the court of the status of the case.  Government asks the court to suspend the proceedings pending the outcome of the state court cases.  Court listens to oral arguments on the defendant, White's, motion for continued release pending sentencing.  Court takes the motion under advisement.  Court schedules the change of plea for Francis White on December 3, 2004 at 2:00 PM.  Court further extends the time for the government to respond to the pending motions to December 3, 2004 at 12:00 PM.  Defendant's replies due on December 10, 2004.  Parties ordered to report as to the status of the pleas by November 30, 2004. |