November 30, 2004

Hon. Mark L. Wolf
U.S. Courthouse
One Courthouse Way, Room 5110
Boston, MA  02210

RE:     United States vs. Frederick A. Simone
        No.  03-CR-10356-MLW

Dear Judge Wolf:

    In accordance with the Order of this Court please note that at this time it does not appear as though the above captioned matter will be resolved by way of a change of plea. The defendant, Simone, has a scheduled trial date of January 24th in Middlesex Superior Court and all attempts to resolve that case have been withdrawn by the Attorney General's Office.  The defendant maintains open communication with the federal prosecutors but at this time there is no anticipated change of plea contemplated.

        Respectfully submitted,

        /s/ Kevin J. Reddington
        Attorney for Frederick Simone

KJR/lam
cc:  Ernest S. DiNisco, Assistant U.S. Attorney