```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )
                              )
FREDERICK SIMONE,             )    Cr. No. 03-10356-MLW
VINCENT GIOACCHINI and        )
FRANCIS WHITE,                )
          Defendants          )
```

ORDER

WOLF, D.J.                                              December 8, 2004

      It is hereby ORDERED that:

      1.   Defendant Frederick Simone's Motion for Extension of Time to File Replies to Government's Filings; Motion to Continue Initial Hearing (Docket NO. 157) is ALLOWED in part and DENIED in part, as follows.

      2.   The time in which defendants shall reply to the government's submission is extended to at least December 24, 2003.

      3.   The previously scheduled December 16, 2004 3:00 p.m. hearing will be used to establish a realistic and reliable schedule for the completion of briefing and decisions on the pending motions.

                                                        /s/ MARK L. WOLF
                                                       UNITED STATES DISTRICT JUDGE