UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  03-CR-10356-MLW

**UNITED STATES**

**VS.**

**FREDERICK A. SIMONE,**
**a/k/a FREDDY, a/k/a**
**THE NEIGHBOR,**

**VINCENT C. GIOCCHINI,**
**a/k/a DEE DEE; and**

**FRANCIS WHITE, a/k/a**
**THE WHITE-HAIRED GUY**

### DEFENDANT FREDERICK A. SIMONE'S STATUS REPORT REGARDING STATE COURT TRIAL DATE

Now comes the defendant, Frederick Simone, in the above numbered indictment and in accordance with the order of this Honorable Court hereby submit a status report as it relates to the matter of Commonwealth vs. Frederick Simone, Middlesex Superior Court No. MICR2001-00049.

On January 4, 2004 Hon. Peter Lauriat continued the matter to March 15, 2005 for trial before Hon. Charles Grabau and the case was marked "No Further Continuances."  At this time it would appear that this matter will not be disposed of by way of a change of plea however the defendant, through counsel, is willing

to continue his on-going discussions as it relates to potential plea disposition on both the state and federal court matters.

>                    Frederick Simone
>                    By his attorney
>
>
>                    /s/Kevin J. Reddington"