UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. 03-10356-MLW |
| FREDERICK A. SIMONE, (1) | ) |
| a/k/a FREDDY, THE NEIGHBOR; | ) |
| VINCENT C. GIOACCHINI, (2) | ) |
| a/k/a DEE DEE; and | ) |
| FRANCIS WHITE, (3) | ) |
| a/k/a THE WHITE-HAIRED GUY. | ) |

### SECOND STATUS REPORT

Now comes the defendant, Vincent C. Gioacchini, and hereby informs the Court that he was convicted after a jury trial in Suffolk Superior Court on indictments alleging career criminal in possession of an illegal firearm and illegal possession of ammunition on Friday, January 21, 2005. He is currently scheduled for sentencing before Judge Margaret Hinkle on Monday, January 31, 2005.

As a result, it appears that there will be a resolution of these federal charges in short order. In fact, the Government and defense counsel met on January 27, 2005 at the United States Attorney's Office and began the process of formalizing a letter plea agreement. That agreement must be edited, reviewed by the defendant,

executed by the parties and then approved by the United States Attorney's Office. It is expected that these things will happen over the next two (2) weeks.

Respectfully Submitted,
**VINCENT GIOACCHINI,**
By his attorney,

Robert A. George, Esq.
Robert A. George &
Associates, P.C.
77 Newbury Street
Suite Four
Boston, Massachusetts 02116
617-262-6900

January 28, 2005

### CERTIFICATE OF SERVICE

I, Robert A. George, do hereby certify that on this 28th day of January, 2005, a true copy of the following document was served via facsimile to 617-748-3963 upon Ernest DiNisco, Assistant United States Attorney, One Courthouse Way, Boston, MA 02110:

1. *Second Status Report.*

Robert A. George, Esq.

2