

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
*District of Massachusetts*

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

March 16, 2005

Honorable Mark L. Wolf
United States District Judge
U.S. District Court
One Courthouse Way
Boston, MA   02210

    Re:  <u>United States v. Frederick Simone, et al.</u>
          Criminal Number 03-10356-MLW

Dear Judge Wolf:

    Pursuant to the Court's March 2, 2005, Sealed Order, I write to inform the Court of the status of the above-referenced matter. On March 15, 2005, Mr. Simone pled guilty to the state charges against him in the matter of <u>Commonwealth v. Frederick Simone</u>, Number MICR2001-00049. He is currently in custody at MCI Concord.

    Mr. Simone, through counsel, has informed the government that he has agreed to the government's plea offer in the above-referenced matter, and would like to schedule a Rule 11 hearing at the Court's earliest convenience. As soon as the government has a signed copy of the plea agreement, it will be forwarded to the Court.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:

                                      ERNEST S. DINISCO
                                      HEIDI E. BRIEGER
                                      Assistant U.S. Attorneys

cc:   Kevin J. Reddington, Esquire