UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  **CRIMINAL CASE**

**NO. 03-10356-MLW**

V.

**FREDERICK SIMONE**
        **Defendant(s)**

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on MARCH 24, 2005 at 3:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

SARA THORNTON
CLERK OF COURT

**March 21, 2005**         By:   /s/ Dennis O'Leary
    Date                                     Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)            [ntchrgcnf.]
                                                    [kntchrgcnf.]