# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her deputies, and to:**

**MCI - Concord.**

**YOU ARE COMMANDED to have the body of Frederick Simone   now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom  No. 10 ,  on the 5TH  floor, Boston, Massachusetts on  March 24, 2005, at 3:00 P.M. for the purpose of a Change of Plea Hearing in the case of United States  v. Frederick Simone et al Criminal Matter Number 03-10356-MLW.**


**And you are to retain the body of said  Frederick Simone  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  Frederick Simone  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.**


**Dated this 21st day of March 2005.**


**/s/ Mark L. Wolf**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**


                                             **SARA A. THORNTON, CLERK**


                                             **By:  /s/ Dennis O'Leary**
                              **SEAL**              **Deputy Clerk**


(Habcorp.wrt - 10/96)                                    [kwhcap.] or
                                                         [kwhcat.]