UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CR03-10356__

| United States of America | Frederick Simone |
|---|---|
| PLAINTIFF | DEFENDANT |
| Ernest DiNisco | Kevin Reddington |
| Heidi Brieger | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE __Wolf__      CLERK __O'Leary__      REPORTER __Twomey__

CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 3/24/05 | Defendant takes the stand and is sworn. |
| | Plea colloquy given. |
| | Court marks the plea agreement dated March 15, 2005 as exhibit 1 of today's date. |
| | Government summarizes the evidence it would have presented had the case gone to trial. |
| | Defendant pleads guilty to counts 4 and 5 of the indictment. |
| | Court defers whether to accept the plea until the sentencing which is set for June 14, 2005 at 3:00 PM. |
| | Sentencing procedural order to issue. |
| | Defendant remanded to state custody. |