UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her deputies, and to:**

MCI - Concord

**YOU ARE COMMANDED** to have the body of <u>Frederick Simone</u> now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom No. <u>10</u>, on the <u>5TH</u> floor, Boston, Massachusetts on <u>May 4, 2005</u>, at <u>3:00</u> P.M. for the purpose of a <u>Sentencing Hearing</u> in the case of <u>United States</u> v. <u>Frederick Simone</u> et al Criminal Matter Number <u>03-10356-MLW</u>.

And you are to retain the body of said <u>Frederick Simone</u> while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said <u>Frederick Simone</u> to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this <u>26th</u> day of <u>April</u> 20<u>05</u>.

/s/ Mark L. Wolf
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

SARA A. THORNTON, CLERK

By: /s/ Dennis O'Leary
SEAL          Deputy Clerk

(Habcorp.wrt - 10/96)                              [kwhcap.] or
                                                   [kwhcat.]