UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**    **CRIMINAL CASE**

**NO. 03-10356-MLW**

V.

**FREDERICK SIMONE and**
**VINCENT GIOACCHINI**
       **Defendant(s)**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **SENTENCING HEARING** previously scheduled for **MAY 4, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED.

SARA A. THORNTON
CLERK OF COURT

**May 3, 2005**          By:    /s/ Dennis O'Leary
       Date              Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                              [ntchrgcnf.]
                                                      [kntchrgcnf.]