June 2, 2005

Dennis O'Leary
Courtroom Clerk to Hon. Mark L. Wolf
U.S. Courthouse
One Courthouse Way, Room 5110
Boston, MA  02210

RE:    United States vs. Frederick A. Simone
        No.  03-CR-10356-MLW

Dear Mr. O'Leary:

    Would you be kind enough to advise when the sentencing hearing of this matter will be rescheduled.

    I look forward to hearing from you.

                Very truly yours,

                Kevin J. Reddington

KJR/lam