## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                                **CRIMINAL CASE**
                                                                 **NO. 03-10356-MLW**

**V.**

**FREDERICK SIMONE and VINCENT GIOACCHINI**
    **Defendant(s)**

## NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

The **SENTENCING HEARING** before Judge **Wolf**, PREVIOUSLY SCHEDULED for **MAY 5, 2005** at **3:00 PM** has been RESCHEDULED to **JUNE 16, 2005,** at **3:30 P.M.** in Courtroom # **10** on the **5**th floor.

                                                    **SARAH A. THORNTON**
                                                    **CLERK OF COURT**

**June 13, 2005**                         **By:**    **/s/ Dennis O'Leary**
    **Date**                                        **Deputy Clerk**
**Notice to:**


**(crim-dispo-cancel.wpd - 7/99)**                 **[ntchrgcnf.][kntchrgcnf.]**