**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CASE NO. 03-10356-MLW**

**UNITED STATES**

**V.**

**FREDERICK A. SIMONE**

**MOTION TO DISCHARGE MORTGAGE**

The Defendant, Frederick Simone respectfully moves for an Order directing the Clerk to execute the attached Discharge of Mortgage forms for the property located at 22 Montrose Ave, Wakefield, Middlesex County, Massachusetts, owned by Pamela Harris-Daley.

In support of this Motion, the Defendant, through Counsel states as follows:

1. The mortgage was granted to secure the Defendant's release pending trial of the aforementioned matter;

2. The matter was concluded by guilty plea(s) in the United States District Court and subsequent sentencing on June 16, 2005; and,

3. The Defendant is in custody of the Massachusetts Department of Corrections serving his Federal Sentence concurrent with a state sentence.

**Wherefore**, the Defendant requests that the attached discharge be executed before a notary public and that the original discharge be returned to:

> Pamela Harris-Daley, Esquire
> 22 Montrose Avenue
> Wakefield, MA  01880

Respectfully Submitted
Frederick Simone
By his Attorney,

Kevin Reddington, Esquire
Williamsburg Square
Suite 203
1342 Belmont Street
Brockton, MA  02301
(508) 583-4280

## DISCHARGE OF MORTGAGE

**PROPERTY ADDRESS: 22 MONTROSE AVENUE,
WAKEFIELD, MIDDLESEX COUNTY, MASSACHUSETTS**

  **The Clerk of the United States District Court for the District of Massachusetts,** United States Courthouse, One Courthouse Way, Boston, Suffolk County, Massachusetts, holder of the **Mortgage** from Pamela Harris-Daley in the original principle amount of $_____ dated_____
And recorded in said Deeds in _____
Acknowledges satisfaction of same.

  In Witness Whereof, the said Clerk of the United States District Court for the District of Massachusetts has caused these presents to be signed, acknowledged and delivered in its name and behalf by _____ this the _____ day of _____.

           **Clerk of the United States District Court
           For the District of Massachusetts**

           **By: _____
           Printed Name _____
           Duly Authorized**

## THE COMMONWEALTH OF MASSACHUSETTS

_____, S. S.            _____, 2006

  On this the \_\_\_\_ day of _____, 2006 before me, the undersigned notary public personally appeared _____, **duly authorized, United States District Court for the District of Massachusetts,** proved to me through satisfactory evidence if identification, which was _____, to be the person whose name is signed on the preceding document, and acknowledged to me that s/he signed it voluntarily for its stated purpose.

           _____
           Notary Public
           My Commission Expires
           Notary Please Affix Notarial Seal.