AO 245B Sheet 1 - Judgment in a Criminal Case - D. Massachusetts (03/02)

# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA
v.
FREDERICK SIMONE

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 1: 03 CR 10356 - 001 - MLW

Kevin Reddington, Esq.
Defendant's Attorney

**THE DEFENDANT:**
[X] pleaded guilty to count(s): 4 and 5
[ ] pleaded nolo contendere to counts(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 1951 | Interference with Commerce By Threat or Violence | 01/31/01 | 4 |
| 18 USC § 1951 | Interference with Commerce by Threat or Violence | 12/31/00 | 5 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) _____ and is discharged as to such count(s).

[X] Count(s) 1, 2, 3, 10-26 and 39 are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

06/16/05

Defendant's Soc. Sec. No.: XXX-XX-2461

Date of Imposition of Judgment

Signature of Judicial Officer

Defendant's Date of Birth: XX/XX/1950

Defendant's USM No.: 23453-038

The Honorable Mark L. Wolf
Name and Title of Judicial Officer
Judge, U.S. District Court

Defendant's Residence Address:
22 Montrose Avenue
Wakefield, MA

Defendant's Mailing Address:
MCI Concord
Concord, MA

I hereby certify on 1/28/07 that the foregoing document is true and correct copy of the electronic docket in the captioned case
[ ] electronically filed original filed on _____
[X] original filed in my office on 6/29/05

June 29, 2005

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk

(239)

AO 245B Sheet 2 - Imprisonment - D. Massachusetts (10/01)

CASE NUMBER: 1: 03 CR 10356 - 001 - MLW  
DEFENDANT: **FREDERICK SIMONE**

Judgment - Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   63   month(s)

[x] The court makes the following recommendations to the Bureau of Prisons:

That the defendant be designated to a serve his sentence in a Massachusetts State Prison Facility so that the federal sentence runs concurrent with the defendant's state sentence.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at _____ on _____
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _____ on _____
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  6/16/05  to  JVA D?C

at _____ , with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy U.S. Marshal

AO 245B Sheet 3 - Supervised Release - D. Massachusetts (10/01)

CASE NUMBER: 1: 03 CR 10356 - 001 - MLW  
DEFENDANT: FREDERICK SIMONE

Judgment - Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  36  month(s)

The defendant is prohibited from possessing a firearm or other dangerous weapon.

The defendant shall cooperate in the collection of a DNA sample.

☐ See continuation page

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

☐ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated above).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  Judgment in a Criminal Case - D. Massachusetts (10/01)
Sheet 5, Part A — Criminal Monetary Penalties

Judgment - Page 4 of 5

CASE NUMBER: 1: 03 CR 10356 - 001 - MLW
DEFENDANT: FREDERICK SIMONE

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $200.00    |      |             |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|----------------------|-------------------------------|-----------------------------------------|
|               |                      |                               |                                         |

☐ See Continuation Page

| TOTALS | $0.00 | $0.00 |
|--------|-------|-------|

☐ If applicable, restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine and/or  ☐ restitution.

    ☐ the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   Judgment in a Criminal Case - D. Massachusetts (10/01)
Sheet 5, Part B — Criminal Monetary Penalties

Judgment - Page 5 of 5

CASE NUMBER: 1: 03 CR 10356 - 001 - MLW
DEFENDANT: FREDERICK SIMONE

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of _____ due immediately, balance due

   ☐ not later than _____, or
   ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

B ☒ Payment to begin immediately (may be combined with C, D, or E below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Case Number, Defendant Name, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Continuation Page

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

(Rev. 6/90)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

__Frederick Simone__
Defendant

CRIMINAL NO. 03-10356

### MEMORANDUM OF SENTENCING HEARING
### AND
### REPORT OF STATEMENT OF REASONS

__W6y__  D.J.

Counsel and the defendant were present for sentencing hearing on __6/16/05__. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

1. Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing?  ✓ Yes ___No

2.(a) Was information withheld pursuant to FRCrP 32(c)(3)(A)?  ___Yes ___No

   (b) If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)?  ___Yes ___No

3.(a) Were all factual statements contained in the PSI adopted without objection?  ___Yes ✓No

   (b) If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute:

   As the government and defendant agreed, the defendant was not an organizer or supervisor

   (c) Disputed issues have been resolved as follows after ___evidentiary hearing, ___further submissions and/or ___arguments:

[kmemsen.]



4.(a)   Are any legal issues in dispute?                                                          ___Yes ___No

If yes, describe disputed issues and their resolution:




5.(a)   Is there any dispute as to guideline applications (such as
offense level, criminal history category, fine or restitution)
as stated in the PSI?                                                                             ___Yes ___No

If yes, describe disputed areas and their resolution:




(b)   Tentative findings as to applicable guidelines are:

Total Offense Level: __**20**__

Criminal History Category: __**IV**__

__**51**__ to __**63**__ months imprisonment

__**24**__ to __**36**__ months supervised release

$__**7,500**__ to $__**75,000**__ fine (plus $_____ cost of imprisonment/supervision)

$_____ restitution

$__**200**__ special assessment ($_____ on each of _____ counts)


6.(a)   Are there any legal objections to tentative findings?                                     ___Yes ___No

(b)   If no, findings are adopted by the Court.

(c)   If yes, describe objections and how they were addressed:




OR sentence hearing is continued to _____
to allow for preparation of oral argument or filing of written
submissions by _____.

2

7.(a)   Remarks by counsel for defendant.¹                    ✓ Yes ___No

(b)     Defendant speaks on own behalf.                        ✓ Yes ___No

(c)     Remarks by counsel for government.                     ✓ Yes ___No

8.(a)   The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

____63____ months imprisonment  *rec. serve must be to facility — be concurrent* to ~~State~~ 10

_____ months/intermittent community confinement

_____ months probation

____36____ months supervised release *

$____0____ fine (including cost of imprisonment/supervision)

$_____ restitution

$___200___ special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.)

\* No firearm or other dangerous weapon

DNA testing

(b) ✓   After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

¹ The order of argument and/or recommendations and allocution may be altered to accord with the Court's practice.

3

9.     Statement of reasons for imposing sentence.
   Check appropriate space.

(a) ✓    Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR__    Sentence is within the guideline range and that range exceeds 24 months and the reasons for imposing the selected sentence are:

(b)__    Sentence departs from the guideline range as a result of

    __ substantial cooperation upon motion of the government

    OR

    __ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

(c)__    Is restitution applicable in this case?            __Yes ✓No

    Is full restitution imposed?                    __Yes __No

    If no, less than full restitution is imposed for the following reasons:

4

(d)___   Is a fine applicable in this case?                                      ✓ Yes ___ No

Is the fine within the guidelines imposed?                                  ___ Yes ✓ No

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

✓ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; or

___ Imposition of a fine would unduly burden the defendant's dependants; or

___ Other reasons as follows:

10.   Was a plea agreement submitted in this case?                          ✓ Yes ___ No

Check appropriate space:

✓ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11.   Suggestions for guideline revisions resulting from this case are _____
      submitted by an attachment to this report.                           ___ Yes ___ No

12.   The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13.   Judgment will be prepared by the clerk in accordance with above.

14.   The clerk will provide this Memorandum of Sentencing Hearing And Report of Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

June 16, 2005.                                            /s/ Mark L. Wolf
DATE                                                      UNITED STATES DISTRICT JUDGE